IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEANDER J. GREGG,

    Plaintiff,

v.

Case No. 19-cv-133-bbc

THE STATE OF WISCONSIN,
EAU CLAIRE COUNTY JAIL,
CORRECT CARE SOLUTIONS,
OFFICER J. KERNS, OFFICER OATES
AND DAVID P., RN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.