IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEANDER J. GREGG,

    Plaintiff,

  v.

Case No.   19-cv-133-bbc

CORRECT CARE SOLUTIONS,
OFFICER NICHOLAS KERNS,
OFFICER DANIEL OATES, DAVID
PETERSON, THE STATE OF
WISCONSIN, AND EAU CLAIRE
COUNTY JAIL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |